UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| LELAND FOSTER, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00365-WCL-SLC |
| | ) | |
| BHAGYALAXMI HOSPITALITY, INC., | ) | |
| an Indiana corporation for profit, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

The parties, by counsel, respectfully move the Court to administratively close this case.  The parties reached agreement on the terms of a settlement of this action.  The agreement includes provisions for remedial modifications to the Defendant's property over the course of the next year beginning March 31, 2020.  At this time, the parties seek to administratively close this action and upon completion of all remediation pursuant to the terms of the agreement, either party (or both, jointly) will move to dismiss with prejudice.

WHEREFORE, the parties respectfully request that the Court administratively close the case.
Date:   March, 30 2020.

Law Office of Owen B. Dunn, Jr.

BURT, BLEE, DIXON, SUTTON &
BLOOM, LLP


s/ Owen B. Dunn Jr.
Owen B. Dunn Jr. (OH Bar #0074743)
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, OH  43615
Phone:  (419) 241-9661
Fax:     (419) 241-9737
Email:  dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff, Leland Foster*

s/Martha M. Lemert
Martha M. Lemert (#20961-02)
200 East Main Street, Suite 1000
Fort Wayne, IN  46802
Phone:  (260) 426-1300
Fax:     (260) 422-7932
Email:  mlemert@burtblee.com
*Attorney for Defendant, Bhagyalaxmi Hospitality, Inc.*