UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LELAND FOSTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:19-CV-365-WCL-SLC |
| v. ) | |
| ) | |
| BHAGYALAXMI HOSPITALITY INC ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Administratively Close Case, filed on March 31, 2020. The Court hereby GRANTS the motion. Accordingly, this case is dismissed without prejudice. Counsel shall file a Stipulation and submit a proposed form of order at the appropriate time.

Enter:  April 15, 2020

 s/William C. Lee
William C. Lee, Judge
United States District Court